United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Yhon Anderson Arias Contreras, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Camel Carpentry, Inc., Stefanie ) <br> Suarez, Elizabeth I. Negrete, ) <br> Defendant. ) | Civil Action No. 16-21915-Civ-Scola |

### Order Of Dismissal

The Plaintiff failed to timely serve the Defendants in this case. The Plaintiff filed his Complaint on May 26, 2016, and was responsible for serving the Defendants with a summons and complaint by August 24, 2016. Fed. R. Civ. P. 4(c)(1); Fed. R. Civ. P. 4(m). Previously, the Court notified the Plaintiff, in keeping with Rule 4(m), that the Court would dismiss this case without prejudice unless the Plaintiff established that he served the Defendants timely or that good cause existed for his failure to timely serve the Defendants. He did neither. Consequently, the Court **dismisses** this action without prejudice, and directs the Clerk of the Court to **close** the case.

**Done and Ordered** in chambers, at Miami, Florida, on August 30, 2016.

_____
Robert N. Scola, Jr.
United States District Judge